Certificate Number: 05781-MN-DE-041553251

Bankruptcy Case Number: 26-43249

05781-MN-DE-041553251

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 13, 2026, at 6:06 o'clock AM PDT, Joe Nordahl completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Minnesota.

Date: October 13, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President